No. 876.  NASHVILLE, CHATTANOOGA & ST. LOUIS RY. *v.* BYARS.  April 2, 1934.  Petition for writ of certiorari to the Court of Appeals of Kentucky denied.  *Messrs. Fitzgerald Hall* and *Wm. A. Miller* for petitioner.  *Mr. Virgil Y. Moore* for respondent.

No. 775.  MYERS, ADMINISTRATOR, *v.* UNITED STATES.  April 2, 1934.  Petition for writ of certiorari to the Court of Claims denied.  The motion to remand is also denied.  *Messrs. Newton D. Baker, T. G. Thompson, Thaddeus G. Benson,* and *John L. McMaster* for petitioner.  *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Charles Bunn* for the United States.

No. 905.  NEW YORK EX REL. BLAGDEN *v.* LYNCH ET AL.  See *ante,* p. 602.

No. 906.  SOUTH PASADENA *v.* SAN GABRIEL ET AL.  See *ante,* p. 602.

No. 897.  KEYS *v.* KEETS ET AL.; and
No. 898.  SAME *v.* HANSBOROUGH ET AL.  April 9, 1934.  Petition for writs of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied.  *Mr. John O. Keys, pro se.*  No appearance for respondents.

No. 911.  BODENHEIMER *v.* CONFEDERATE MEMORIAL ASSN.  April 9, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.  *Mr. Robert H. McNeill* for petitioner.  No appearance for respondent.